**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **GERALD DEMARSH, SR.** | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO. 6:08-CV-40** |
| | § | |
| **LEE GABRIEL, et al.** | § | |

## ORDER ADOPTING REPORT AND
## RECOMMENDATION OF MAGISTRATE JUDGE

The above entitled and numbered civil action was referred to United States Magistrate Judge

John D. Love pursuant to 28 U.S.C. § 636. The Report and Recommendation of the Magistrate Judge

has been presented for consideration. (Doc. No. 50.) Plaintiff Gerald DeMarsh filed an objection

(Doc. No. 53) to the Report and Recommendation. Having carefully considered the objections raised

by Plaintiff, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are

correct.

Therefore, the Court hereby adopts the Report and Recommendation of the United States

Magistrate Judge as the findings of this Court, and **ORDERS** that Defendants Bruce Isaacks' motion

to dismiss (Doc. No. 44) be **GRANTED**.

**SIGNED this 30th day of October, 2008.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE